| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jeremy Lee-Roy Allshouse** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Nichole Marie Allshouse** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | **19-20718** | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Community Bank, NA**<br><br>Description of property securing debt: **2017 Polaris General Purchased for $24,000 new.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and continue to make payments** | ■ No<br><br>☐ Yes |
| Creditor's name: **Michael E. Snyder**<br><br>Description of property securing debt: **1057-1061 East Main Street Reynoldsville, PA 15851 Jefferson County Property is not debtors' residence; inherited on 8/31/17. Appraised by James M. Reed, CGREA on 8/31/17.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and continue to make payments** | ☐ No<br><br>■ Yes |
| Creditor's name: **Mr. Cooper** | ☐ Surrender the property. | ☐ No |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Jeremy Lee-Roy Allshouse | | |
| Debtor 2 | Nichole Marie Allshouse | Case number (if known) | 19-20718 |

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | 137 Walker Flat Road Mayport, PA 16240  Armstrong County Debtors' residence, appraised by James M. Reed, CGREA on December 21, 2017 | ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br>■ Retain the property and [explain]: <br>**Retain and cointinue to make payments** | |

| | | | |
|---|---|---|---|
| Creditor's name: | Northwest Bank | ☐ Surrender the property. <br>☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: | 1057-1061 East Main Street Reynoldsville, PA 15851 Jefferson County Property is not debtors' residence; inherited on 8/31/17. Appraised by James M. Reed, CGREA on 8/31/17. | ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br>■ Retain the property and [explain]: <br>**Retain and continue to make payments** | ■ Yes |

| | | | |
|---|---|---|---|
| Creditor's name: | Northwest Savings Bank | ☐ Surrender the property. <br>☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: | 2015 GMC Terrain 51,889 miles | ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br>■ Retain the property and [explain]: <br>**Retain and continue to make payments** | ☐ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br>Description of leased Property: | ☐ No <br>☐ Yes |
| Lessor's name: <br>Description of leased Property: | ☐ No <br>☐ Yes |
| Lessor's name: <br>Description of leased Property: | ☐ No <br>☐ Yes |
| Lessor's name: <br>Description of leased Property: | ☐ No <br>☐ Yes |
| Lessor's name: <br>Description of leased Property: | ☐ No <br>☐ Yes |
| Lessor's name: | ☐ No |

| Debtor 1 | **Jeremy Lee-Roy Allshouse** | Case number (*if known*) | **19-20718** |
|---|---|---|---|
| Debtor 2 | **Nichole Marie Allshouse** | | |

| Description of leased Property: | ☐ Yes |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased Property: | ☐ Yes |

### Part 3:   Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Jeremy Lee-Roy Allshouse**              X  **/s/ Nichole Marie Allshouse**
**Jeremy Lee-Roy Allshouse**                         **Nichole Marie Allshouse**
Signature of Debtor 1                                       Signature of Debtor 2

Date     **April 16, 2020**                                  Date    **April 16, 2020**